IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,**       ) | |
| )    | |
| Plaintiff,       ) | |
| )    | |
| V.       ) | Criminal No.  **06-40057-03-MJR** |
| )    | |
| **JOHN GARNER,**       ) | |
| )    | |
| Defendant.       ) | |

## REPORT AND RECOMMENDATION

The United States of America and the Defendant having both filed a written consent, appeared before me pursuant to Federal Rule of Criminal Procedure 11 and SDIL Rule 72.1(b)(2).  The Defendant entered a plea of guilty to Count 1 of the Superseding Indictment.  After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowing and voluntary, and that the offense charged is supported by an independent factual basis containing each of the essential elements of such offense.  I therefore recommend that the plea of guilty be accepted, that a presentence investigation and report be prepared, and that the Defendant be adjudicated guilty and have sentence imposed accordingly.

Defendant, who has been on bond pending trial, waived his right to remain on bond pending the District Court's acceptance of his guilty plea, knowing that in accordance with 18 U.S.C. § 3143(a) he will be detained pending sentencing.  A separate detention order has been entered.

## Recommendation

1

For the aforestated reasons it is the recommendation of this Court that the plea of guilty be accepted, that a presentence investigation and report be prepared, and that the Defendant be adjudicated guilty and have sentence imposed accordingly.

**DATED:  June 15, 2007**

>    s/ Clifford J. Proud
> **CLIFFORD J. PROUD**
> **U. S. MAGISTRATE JUDGE**

### NOTICE

Failure to file a written objection to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned U.S. District Judge.  28 U.S.C. 636(b)(1)(B).